[No. 9529-3-I. Division One. April 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BENJAMIN FRANKLIN COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01362-1, Robert E. Dixon, J., entered February 25, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 8574-3-I. Division One. April 13, 1981.]

THE STATE OF WASHINGTON, *on the Relation of Frederick T. Monson, Petitioner,* v. SHORELINE DISTRICT COURT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-01482-0, Oluf Johnsen, J. Pro Tem., entered February 26, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James, C.J., and Williams, J.

[No. 7263-1-I. Division One. April 13, 1981.]

LARRY D. KELLY, *Respondent,* v. DICK BALCH CHEVROLET COMPANY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 837893, Frank H. Roberts, Jr., J., entered December 21, 1978. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Andersen and Durham, JJ.

[No. 8455-1-I. Division One. April 13, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWIN C. BADGLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-1-01503-9, Jerome M. Johnson, J., entered January 23, 1980. *Reversed* by unpublished per curiam opinion.